UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re: Revlimid & Thalomid Purchaser Antitrust Litigation*<br><br>This Document Relates to:<br><br>*Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund, et al., v. Celgene Corporation, et al.*, No. 2:22-cv-06694<br><br>Defendants. | Master Dkt. No. 2:19-cv-07532-ES-MAH |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund ("FOP") voluntarily dismisses its claims against Defendants Celgene Corporation, Bristol-Myers Squibb Company and Teva Pharmaceuticals USA, Inc. with each party bearing its own costs, expenses, and attorneys' fees. This dismissal is without prejudice to whatever rights FOP may have as an absent class member. These Defendants have not served an answer to the Class Action Complaint nor a motion for summary judgment.

Dated: February 8, 2024

SO ORDERED.

_____
**Hon. Esther Salas, U.S.D.J.**
Dated: February 9, 2024

Respectfully submitted,

**MILLER SHAH LLP**

/s/*Natalie Finkelman Bennett*
JAMES C. SHAH
jcshah@millershah.com
NATALIE FINKELMAN BENNETT
nfinkelman@millershah.com
2 Hudson Place, Suite 100
Hoboken, NJ 07030
Telephone: (866) 540-5505